**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-02092-LTB-MJW

GARY PATTERSON,

                                        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                                        Defendant.

---

**ORDER GRANTING STIPULATED MOTION OF THE PARTIES
FOR LEAVE TO AMEND THE SCHEDULING ORDER**
(DN 26)

---

Based upon the Stipulation of the Parties to Amend the Scheduling Order and it appearing that good cause has been shown thereby,

IT IS HEREBY ORDERED that the Scheduling Order filed March 27, 2007, is amended as follows:

- Deadline for Joinder of Parties and Amendment of Pleadings:

    June 15, 2007.

- Discovery Cut-off:

    January 2, 2008.

- Dispositive Motion Deadline:

    February 4, 2008.

- Expert Witness Disclosure:

  Plaintiff will disclose experts on September 27, 2007.

  Defendant will disclose experts on October 24, 2007.

- The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before:

  November 21, 2007

- Interrogatory Schedule

  All Interrogatories shall be served on or before September 28, 2007.

- Schedule for Request for Production of Documents

  All Requests for Production of Documents shall be served on or before September 28, 2007.

DONE and DATED this 16th Day of July, 2007

s/Michael J. Watanabe
Michael J. Watanabe
US MAGISTRATE JUDGE