**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-02092-LTB-MJW

GARY PATTERSON,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 70 - filed March 31, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   April 1, 2009